# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2611
Lower Tribunal No. CF19-182

_____

DERREK RILEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Anthony W. Surber, Mulberry, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED